UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 29 AM 10: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-268 |
| v. | * | SECTION: "K" |
| MOHSIN ALI AHMED | * | |
| ABDULALEM M. NASHER | | |
| ABDULSATTAR SAEED | * | |
| TAPIAN RUSLI | | |

\* \* \*

## O R D E R

Considering the foregoing Motion to Unseal Indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned matter.

New Orleans, Louisiana, this 29th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No____